# EVERETT V MILLER ET AL

# EXHIBIT
# A

Warrant No. 15-W-7865  Case No. 15080289

## .CRIMINAL WARRANT

**MAGISTRATE COURT OF COBB COUNTY**
**GEORGIA, COBB COUNTY**

**Warrant No. 15-W-7865**
**Police Case No. 15080289**

Personally came J W Hopkins who makes oath before a Magistrate of this Court that **Amy Kathleen Everett** (hereinafter called the accused) **AKA: Amy Lofgren, Amy Tunison** did,  between 1/15/2015 at 07:32 AM and 8/26/2015 at 04:00 PM at 4500 Due West Rd,Kennesaw in the County of Cobb,Georgia, commit the offense of HARASSING COMMUNICATIONS(M) violating O.C.G.A, Section 16-11-39.1,for that said accused did contact Lani Miller repeatedly via telecommunication, e-mail, text messaging or any other form of electronic communication, for the purpose of harassing, molesting, threatening, or intimidating said victim or their family, to wit: Said accused did, starting on January 15, 2015, send emails to the victim claiming that the victim had engaged in an extramarital affair with the accused's husband. The emails continued through August 26, 2015 in which the said accused called the victim various derogatory names such as "cunt" and "slut". Said accused also sent emails to the victim's work, Harrison High School, including to her supervisor and co-workers calling the victim the same derogatory names and warning those individuals that the victim would potentially have an affair with their husbands as well. An email was also sent to the victims mother advising her that the victim was a "whore". ;

and affiant makes this affidavit that a warrant may issue for the arrest of the accused.

Affiant: J W Hopkins
Badge No. cc0933

Sworn to and subscribed before me, this 28th day of August, 2015.

Magistrate : H Robinson

**To any Sheriff, Deputy Sheriff, Coroner, Constable, or Marshall or said State –**

**GREETINGS:**
For sufficient cause made known to me in the above affidavit, incorporated by reference herein, and other sworn testimony established probable cause for the arrest of the accused, you are therefore commanded to arrest **Amy Kathleen Everett** accused named in the foregoing affidavit charged by the prosecutor therein with the offense against the laws of this State named in said affidavit and bring the accused before me, or some other judicial officer of Georgia, to be dealt with as the law directs. HEREIN FAIL NOT.
This 28th day of August, 2015.

MAGISTRATE: H Robinson

As the issuing judge/affiant,
I do hereby verify that this document is an original criminal warrant with electronically generated signatures. Judge/Affiant _____