# EVERETT V MILLER ET AL

# EXHIBIT
# B



**COBB COUNTY POLICE DEPARTMENT**

140 North Marietta Parkway
Marietta, Georgia 30060-1454
(770) 499-3900 ⋅ fax: (770) 499-4195
www.police.cobbcountyga.gov

J.R. Houser  *Chief of Police*

R.L. Prince  *Deputy Chief of Police*
C.T. Cox  *Deputy Chief of Police*

TO: Amy Kathleen Everett

FROM: Detective J.W. Hopkins

SUBJECT: Case# 15-080289

DATE: August 26, 2015

Ms. Everett,

I am writing you because I have been thus far unable to locate a working telephone number for you. I am letting you know that a complaint of Harassing Communications has been filed listing you as the suspect/offender. I understand that there has been an issue between yourself and Ms. Miller and that you believe some infidelity occurred between her and your now ex-husband. Whether there was any infidelity or not has no bearing on this investigation and does not in any way condone harassing a person through any means of communication. I have sent this to each and every email account that I suspect you have created for the purpose of harassing both Mr. and Ms. Miller.

The purpose of this correspondence is to simply provide you with a legal warning to cease and desist with any further communication with Mr. Clay Miller and Ms. Lani Miller in any way, shape, form or fashion. This is to include but is not limited to: verbal communication through telephone, cellular phone, email, text message, voice mail, social media, and regular mail. You are also to cease any communication with anyone personally or professional associated with Mr. or Ms. Miller that could in any way be considered harassment. IF there is any further communication beyond today's date of August 26, 2015 at the hour of 1:00pm, I will secure a warrant for your arrest on the charge of Harassing Communications and Stalking.

If you have any questions regarding this matter I will be happy to discuss it with you. You may contact me Monday – Friday 7:30am-3:30pm at the numbers listed in the email. Otherwise, I will assume that you have received this email and understand its contents as well as the consequences to any further communication with the Millers in any way.

Det. J.W. Hopkins
Cobb County Police Department