# EVERETT V MILLER ET AL

# EXHIBIT
# C

# Clay Miller

**From:** Lani Miller <Lani.Miller@cobbk12.org>
**Sent:** Wednesday, August 26, 2015 4:09 PM
**To:** millerphillip@comcast.net
**Subject:** FW:

-----Original Message-----
From: tj [mailto:tj.everett@live.com]
Sent: Wednesday, August 26, 2015 1:36 PM
To: Lani Miller
Subject:

You should have put me on that complaint, too, Lani.

Last thing - she named you in the divorce complaint. Get ready for confronting her face to face in front of a judge.

---

Note: "This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and/or e-mail."

1