# EVERETT V MILLER ET AL

# EXHIBIT
# D

## CASE SUPPLEMENTAL REPORT

Printed: 09/21/2015 12:54

*Cobb County Police*  OCA: **15080289**

THE INFORMATION SHOWN IS CONFIDENTIAL FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE/PENDING/WARRAN*  **Case Mng Status:** *ACTIVE/PENDING/WARRANT*  **Occurred:** *01/01/2015*
**Offense:** *HARASSING/THREATENING COMMUNICATIONS*

**Investigator:** *HOPKINS, J. W. (0933)*  **Date / Time:** *09/03/2015 10:43:13, Thursday*
**Supervisor:** *MOBLEY, J. T. (1211)*  **Supervisor Review Date / Time:** *09/03/2015 23:00:36, Thursday*
**Contact:**  **Reference:** *Case Summary*

Case #: 15-080289
Case Type: Harassing Communications
Victim: Lani Miller
Suspect/Accused: Amy Everett
Supplemental: Case Summary
Case Agent: Det. J. W. Hopkins

Date: 09/03/2015
Time: 1045hrs
On 08/25/2015 the victim, Ms. Lani Miller, came to Pct 1 to report that she had been receiving multiple emails from the suspect, Amy Everett. She explained that the emails were crude in their nature and accused Ms. Miller of having an affair with Ms. Everett's husband, Tjelvar Everett. Ms. Miller was adamant that she had no such affair.

The emails were sent from various emails created by the suspect most of which were made to look as though the victim was the sender. Some of the emails were sent to the victim's work location, Harrison High School and her co-workers and principle.

I sent a letter to the suspect using all of the email accounts she used to contact with victim advising her that any further contact with the victim would result in prosecution. I received a response from the suspect shortly after sending the letter. The victim then subsequently received another email from the suspect.
Ms. Miller indicated that she did wish to pursue the prosecution. I applied for and was granted an arrest warrant for the charge of Harassing Communications.

An expansion of prosecution was approved by the Cobb County Solicitor's office to include surrounding states. The suspect can now be picked up in her current resident state of Alabama.

This case is cleared by arrest.

Investigator Signature  Supervisor Signature

*r_supp3*  Page 1