IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMY EVERETT, et al

    Plaintiff(s)

v.

    CIVIL ACTION NO.
    1:17cv3392-TWT

COBB COUNTY, GEORGIA, et al

    Defendant(s)

O R D E R

The above complaint was filed on September 6, 2017. Defendant's answer was filed September 27, 2017 and discovery is to expire on February 24, 2018. Counsel are hereby ordered to file the Certificate of Interested Persons required by Local Rule 3.3, within 14 days of entry of this Order or show cause why this case should not be dismissed pursuant to LR 41.3.

SO ORDERED, this 20th day of December, 2017.

    /s/Thomas W. Thrash
    THOMAS W. THRASH, JR.
    UNITED STATES DISTRICT JUDGE