# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

AMY EVERETT and TJELVAR EVERETT     *

                                   *

         Plaintiffs,              *

v.                                     *      CIVIL ACTION

                                    *      NO.  1:17-CV-3392-TWT

COBB COUNTY, GEORGIA; OFFICER     *

JAMES W. HOPKINS, in his individual     *

Capacities;  and  LANI  MESHELLA     *

MILLER, in her individual capacity;     *

                                    *

         Defendants.           *

                                    *

## CERTIFICATE OF INTERESTED PERSONS
### and
### CORPORATE DISCLOSURE STATEMENT

The undersigned, Counsel for Plaintiffs certifies that the following is a full and complete list of the parties in this action including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

| Name | Identification & Relationship |
| --- | --- |
| Amy Everett | Plaintiff |
| Tjelvar Everett | Plaintiff |
| Cobb County, Georgia | Defendant |
| James W. Hopkins | Defendant |

1

| | |
|---|---|
| Lani Meshella Miller | Defendant |
| Mike Boyce | Cobb County Commissioner |
| Bob Weatherford | Cobb County Commissioner |
| Bob Ott | Cobb County Commissioner |
| JoAnn Birrell | Cobb County Commissioner |
| Lisa Cupid | Cobb County Commissioner |

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: Plaintiff is without a position or capacity to answer this question and assumes Defendant will provide relevant information.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

John Batson, Attorney for Plaintiff.

Attorney for County Defendants:
Eddie Snelling, Jr.
Georgia Bar # 665725
WILLIAM ROWLING, JR.
browling@cobbcounty.org
Cobb County Attorney's Office
100 Cherokee Street, Suite 350

2

Marietta, Georgia 30090
770-528-4000 (phone)
770-528-4010 (fax)

Attorney for Defendant Miller
Richard N. Blevins, Jr.
Georgia Bar No. 063361
Blevins & Hong, P.C.
191 Roswell Street
Marietta, Georgia 30060
(678) 354-2290 (telephone)
(678) 981-8420 (facsimile)

Respectfully submitted this 5th day of January, 2018.

/s/ John P. Batson
John P. Batson
Ga. Bar No. 042150
Attorney for Plaintiffs

Prepared by:
John P. Batson
P.O. Box 3248
Augusta, GA 30914-3248
Phone 706-737-4040
FAX 706-736-3391

## CERTIFICATE OF SERVICE

This is to certify that the undersigned attorney did this date serve a copy of the within and foregoing document upon all counsel of record by one or more of the following method(s):

☐ Depositing the same with a commercial expedited delivery service thereon to the following address(es):

☐ Delivering a copy to counsel by hand to the following address(es):

☐ Faxing a copy of the same to the following Fax No(s).:

☒ E-mailing a copy of the same to:

> Richard Nolan Blevins, Jr.
> Blevins and Hong, P.C.
> Email: richardblevins@cobbcountylaw.com
>
> H. WILLIAM ROWLING, JR.
> browling@cobbcounty.org
> EDDIE SNELLING, JR.
> Eddie.Snelling@Cobbcounty.org

Respectfully submitted this 5th day of January, 2017.

_____
/s/ John P. Batson
John P. Batson
Ga. Bar No. 042150
Attorney for Plaintiff

John P. Batson
P.O. Box 3248
Augusta, GA 30914-3248
Phone 706-737-4040
FAX 706-736-3391

4

jpbatson@aol.com