IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMY EVERETT and TJELVAR EVERETT, | |
| Plaintiffs, | |
| v. | Civ. Act. No. 1:17-cv-3392-TWT |
| COBB COUNTY, GEORGIA; | Plaintiff's First Amended Complaint |
| OFFICER JAMES HOPKINS, individually and in his official capacity; and, | |
| LANI MESHELLA MILLER; | |
| Defendants. | |

Plaintiffs' First Amended Complaint

Now Comes Plaintiffs and state the following first amended complaint:

1. Plaintiffs incorporate as if fully stated herein Plaintiffs original complaint, doc. no. 1, including the prayers for relief as applied to the complaint as a whole.

2. The basis of jurisdiction for state law claims against Defendant Miller is 28 U.S.C. § 1332.

3. Plaintiff Amy Everett had $8,100.00 in necessary expenses to defend the criminal charges and for bond. *See* Original Compl. (doc. no. 1) at ¶ 66 (First

attorney's fees of $4,000.00); *id*. at ¶ 71(Bond of $600.00); *id*. at ¶ 74 (Second attorney's fees of $3,500.00).

4. Plaintiff was directed to go to counselling as part of defense preparation which cost $300.

5. The Everetts' incurred the following loses totaling about $12, 974.84:

| Date | Event | Loss/Expense | Amount |
|---|---|---|---|
| 9/8/2015 | Left work - Drove to Georgia | Amy work day | 294.73 |
| 9/8/2015 | Retained Melvin Nash, LLC | Fee | 4000.00 |
| 9/8/2015 | Jefferson County Jail | Amy work day | 169.68 |
| 9/9/2015 | Jefferson County Jail | Amy work day | 169.68 |
| 9/10/2015 | Drove to CobbCounty | TJ work day | 294.73 |
| 9/10/2015 | Cobb County Jail | Amy work day | 169.68 |
| 9/10/2015 | Bond ($2950) | Fees | 1043.00[1] |
| 9/10/2015 | Legal Referals/PhoneCalls | Amy 1/2 work day | 84.84 |
| 9/25/2015 | Meeting with Melvin | TJ work day | 294.73 |
| 9/25/2015 | Meeting with Melvin | Amy work day | 169.68 |
| 10/2/2015 | MG Counseling per Melvin | Fee | 150.00 |
| 10/2/2015 | MG Counseling per Melvin | Amy work day | 169.68 |
| 11/10/15 | Retained Cynthia Counts | Fee | 5500.00[2] |
| 3/10/2015 | Court Date - Nolle Prossed | TJ work day | 294.73 |
| 3/10/2015 | Court Date - Nolle Prossed | Amy work day | 169.68 |

---

[1] received $600 back in March
[2] received $1800 back

6.	Through the ad damnum clause: Plaintiff Amy Everett has suffered $80,000.00 or more in damages, and demands judgment against the defendants, in the amount of at least $80,000.00.

Respectfully submitted this 17th day of January, 2018.

I certify this is Times New Roman 14 point font in Word.

/s/ John P. Batson
John P. Batson
Ga. Bar No. 042150
Attorney for Plaintiffs

Prepared by:
John P. Batson
P.O. Box 3248
Augusta, GA 30914-3248
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com

CERTIFICATE OF SERVICE

This is to certify that the undersigned attorney did this date serve a copy of the within and foregoing Plaintiffs' First Amended Complaint

☐ Depositing the same with a commercial expedited delivery service thereon to the following address(es):

☐ Delivering a copy to counsel by hand to the following address(es):

☐ Faxing a copy of the same to the following Fax No(s).:

☒ E-mailing a copy of the same through the court's e-mailing system:

> Richard Nolan Blevins, Jr.
> Blevins and Hong, P.C.
> 191 Roswell Street
> Marietta, GA 30060
> 678-354-2290
> Email: richardblevins@cobbcountylaw.com
>
> EDDIE SNELLING, JR.
> Senior Associate County Attorney
> Eddie.Snelling@Cobbcounty.org

Respectfully submitted this 17th day of January, 2018.

             _____
             /s/ John P. Batson
             John P. Batson
             Ga. Bar No. 042150
             Attorney for Plaintiff

P.O. Box 3248
Augusta, GA 30914-3248
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com