IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMY EVERETT and<br>TJELVAR EVERETT, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Civ. Act. No. 1:17-cv-3392-TWT |
| COBB COUNTY, GEORGIA; | )<br>) | Plaintiffs' Notice of Intent<br>To Respond To Defendant Miller's |
| OFFICER JAMES HOPKINS,<br>individually and in his official<br>capacity; and, | )<br>)<br>)<br>) | Motion To Dismiss |
| LANI MESHELLA MILLER; | )<br>) | |
| Defendants. | )<br>) | |

Plaintiffs' Notice Of Intent To Respond
To Defendant Miller's Motion To Dismiss

Now come Plaintiffs and notify the court that they intend to respond to

Defendant Miller's motion to dismiss. Doc. no. 29.

Respectfully submitted this 25th day of January, 2018.

I certify this is Times New Roman 14 point font in Word.

/s/ John P. Batson
John P. Batson
Ga. Bar No. 042150
Attorney for Plaintiffs

1

Prepared by:
John P. Batson
P.O. Box 3248
Augusta, GA 30914-3248
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com

## CERTIFICATE OF SERVICE

This is to certify that the undersigned attorney did this date serve a copy of the within and foregoing notice

☐ Depositing the same with a commercial expedited delivery service thereon to the following address(es):

☐ Delivering a copy to counsel by hand to the following address(es):

☐ Faxing a copy of the same to the following Fax No(s).:

☒ E-mailing a copy of the same through the court's e-mailing system:

>Richard Nolan Blevins, Jr.
>Blevins and Hong, P.C.
>191 Roswell Street
>Marietta, GA 30060
>678-354-2290
>Email: richardblevins@cobbcountylaw.com
>
>EDDIE SNELLING, JR.
>Senior Associate County Attorney
>Eddie.Snelling@Cobbcounty.org

Respectfully submitted this 25th day of January, 2018.

>_____
>/s/ John P. Batson
>John P. Batson
>Ga. Bar No. 042150
>Attorney for Plaintiff

P.O. Box 3248
Augusta, GA 30914-3248
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com