IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMY EVERETT, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> COBB COUNTY, GEORGIA; ) <br> OFFICER JAMES W. HOPKINS, ) <br> in his individual and official ) <br> capacities; and LANI MESHELLA ) <br> MILLER, in her individual ) <br> capacity; ) <br> ) <br> **Defendants.** ) | File No.   1:17-CV-3392-TWT |

## DEFENDANT LANI MESHELLA MILLER'S MOTION OF WITHDRAWAL FOR MOTION FOR ENTRY OF JUDGMENT (DOC. 38)

COME NOW Defendant Lani Meshella Miller and moves to withdraw her motion for entry of final judgment (Doc. 38) only. Doc. 38 was filed with a pdf in reverse order. Defendant refiled a correct copy of her Motion for Entry of Final Judgment (Doc. 40).

Respectfully submitted this 16th day of May, 2018.

Blevins & Hong, P.C.

/s/ Richard N. Blevins, Jr.
Richard N. Blevins, Jr., Esq.
Georgia State Bar No. 063361
Attorney for Defendant Miller

191 Roswell Street
Marietta, Georgia 30060
(678) 354-2290